```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   SCOTT JOHNSON,                      )
11                                     )   2:06-cv-2135-GEB-KJM
            Plaintiff,                 )
12                                     )
        v.                             )   ORDER CONTINUING
13                                     )   STATUS (PRETRIAL
   ARTHUR J. POLLOCK and ANN K.        )   SCHEDULING) CONFERENCE
14 POLLOCK, co-trustees of the         )
   Pollock Family Trust dated          )
15 June 25, 2003,                      )
                                       )
16          Defendants.                )
                                       )
17                                     )
   ARTHUR J. POLLOCK and ANN K.        )
18 POLLOCK, co-trustees of the         )
   Pollock Family Trust dated          )
19 June 25, 2003,                      )
                                       )
20          Third Party Plaintiffs,    )
                                       )
21      v.                             )
                                       )
22 MU SONG KWON, individually; YONG    )
   SUK KWON, individually; OK KYUNG    )
23 LEE, individually and d/b/a         )
   Tugboat Fish & Chips Restaurant;    )
24 TED WONG, individually; GUO         )
   JIAN HUANG, individually; LIAN      )
25 MAO HUANG, individually; PETER PI   )
   SHEN, individually and d/b/a        )
26 Golden Palace Restaurant,           )
                                       )
27          Third Party Defendants.    )
                                       )
28
                                    1
```

1  On December 2, 2006, the parties filed a Joint Status
2  Conference Statement ("Joint Statement") in which Defendants explain
3  they filed a Third Party Complaint on November 30, 2006, but that the
4  "Third Party Defendants . . . have not yet been served or
5  answered . . . ." (Joint Statement at 2.)  The parties "request that
6  the Court . . . continue th[e] [Status (Pretrial Scheduling)]
7  Conference for three months so that the Third Party Defendants can be
8  served and join in a Joint Status Conference Statement."  (<u>Id.</u>)
9  Accordingly, the Status (Pretrial Scheduling) Conference is
10 rescheduled to commence at 9:00 a.m. on March 12, 2007.  The parties
11 shall file a joint status report no later than fourteen days prior to
12 the status conference.[1]
13 IT IS SO ORDERED.
14 Dated:  December 8, 2006

16 GARLAND E. BURRELL, JR.
17 United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2