```
1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  SCOTT JOHNSON,                      )
                                        )   2:06-cv-2135-GEB-KJM
12           Plaintiff,                 )
                                        )
13      v.                              )   ORDER CONTINUING
                                        )   STATUS (PRETRIAL
14  ARTHUR J. POLLOCK and ANN K.        )   SCHEDULING) CONFERENCE
    POLLOCK, co-trustees of the         )
15  Pollock Family Trust dated          )
    June 25, 2003,                      )
16                                      )
             Defendants.                )
17  _____)
                                        )
18  ARTHUR J. POLLOCK and ANN K.        )
    POLLOCK, co-trustees of the         )
19  Pollock Family Trust dated          )
    June 25, 2003,                      )
20                                      )
             Third Party Plaintiffs,    )
21                                      )
        v.                              )
22                                      )
    MU SONG KWON, individually; YONG    )
23  SUK KWON, individually; OK KYUNG    )
    LEE, individually and d/b/a         )
24  Tugboat Fish & Chips Restaurant;    )
    TED WONG, individually; GUO         )
25  JIAN HUANG, individually; LIAN      )
    MAO HUANG, individually; PETER PI   )
26  SHEN, individually and d/b/a        )
    Golden Palace Restaurant,           )
27                                      )
             Third Party Defendants.    )
28  _____)
```

1

On February 26, 2007, the parties filed a Joint Status Conference Statement ("Joint Statement") in which Defendants explain they filed a Third Party Complaint on November 30, 2006, and that some of the Third Party Defendants have been served, but that Defendants Arthur J. Pollock and Ann K. Pollock "require an additional 30-45 days to serve the additional Third Party Defendants." (Joint Statement at 2.) Therefore, "the parties submitting [the Joint Statement] request that the Court . . . continue th[e] [Status (Pretrial Scheduling)] Conference for three months so that the remaining Third Party Defendants can be served and join in a Joint Status Conference Statement." (Id.)

Accordingly, the Status (Pretrial Scheduling) Conference is rescheduled to commence at 9:00 a.m. on June 18, 2007. The parties shall file a joint status report no later than fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: March 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the JSR does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.