IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTHUR J. POLLOCK and ANN K. POLLOCK, co-trustees of the Pollock Family Trust dated June 25, 2003,<br><br>    Defendants.<br>_____<br>ARTHUR J. POLLOCK and ANN K. POLLOCK, co-trustees of the Pollock Family Trust dated June 25, 2003,<br><br>    Third Party Plaintiffs,<br><br>    v.<br><br>MU SONG KWON; YONG SUK KWON; OK KYUNG LEE, individually and d/b/a Tugboat Fish & Chips Restaurant; PETER PI SHEN, individually and d/b/a Golden Palace Restaurant,<br><br>    Third Party Defendants.[1]<br>_____<br>OK KYUNG LEE, individually and d/b/a Tugboat Fish and Chips Restaurant,<br><br>    Cross-Claimant,<br><br>    v.<br><br>ARTHUR J. POLLOCK and ANN K. POLLOCK, co-trustees of the Pollock Family Trust dated June 25, 2003; MU SONG KWON; YONG SUK KWON,<br><br>    Cross-Defendants.<br>_____ | 2:06-cv-2135-GEB-KJM<br><br>ORDER |

---

[1] The caption has been amended pursuant to the dismissal of certain Third Party Defendants, as stated below.

1

On June 20, 2007, David R. Griffith, attorney for Defendants and Third Party Plaintiffs Arthur J. Pollock and Ann K. Pollock, filed a declaration in response to the Order to Show Cause filed June 13, 2007.  The declaration requests that Third Party Plaintiffs be given "until the end of June, 2007, to effectuate service upon [Third Party Defendants Mu Song ("John") Kwon and Yong Suk Kwon]" and states that "[a]s Third Party Defendants Ted Wong, Guo Jian Huang, and Lian Mao Huang, have not been located, there is no objection to having them dismissed without prejudice."  (Griffith Decl. ¶¶ 2, 3.)  Accordingly, Third Party Plaintiffs shall provide proof of service on Third Party Defendants Mu Song ("John") Kwon and Yong Suk Kwon on or before June 29, 2007, or the Third Party Defendant(s) upon which that proof of service has not been provided may be dismissed from this action.  Further, Third Party Defendants Ted Wong, Guo Jian Huang, and Lian Mao Huang are dismissed without prejudice.

IT IS SO ORDERED.

Dated:  June 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge