UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, ) <br>                                 ) <br>     Plaintiff,  ) <br>                                 ) <br>      v.        ) <br>                                 ) <br> ARTHUR J. POLLOCK and ANN K. ) <br> POLLOCK, C0-Trustees of the ) <br> Pollock Family Trust dated ) <br> June 25, 2003, ) <br>                                 ) <br>     Defendants.  ) <br> _____) | 2:06-cv-2135-GEB-KJM <br><br> ORDER TO SHOW CAUSE AND <br> CONTINUING PRETRIAL CONFERENCE |

The June 13, 2007, Scheduling Order scheduled a pretrial conference in this case for October 6, 2008, and required the parties to file a joint pretrial statement no later than seven days prior to the pretrial conference.  No pretrial statement was filed.

The parties in this action are ordered to show cause ("OSC"), in a writing to be filed no later than 4:00 p.m. on or before October 10, 2008, why sanctions should not be imposed for failure to file a timely pretrial statement.  The response shall specify whether a hearing is requested on the OSC; if a hearing is requested it shall commence at 9:00 a.m. on October 20, 2008. If no party responds to the OSC, it will be assumed that you the parties

1  agree this action should be dismissed, and a dismissal order will
2  issue.  Any responding party shall explain whether counsel, the
3  party, or both counsel and the party are at fault for the failure
4  to file a timely pretrial statement.
5         The pretrial conference is rescheduled for November 3,
6  2008, at 1:30 p.m.  A joint pretrial statement shall be filed
7  seven days prior to the pretrial conference.

Dated:  September 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge