UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

   Plaintiff,

  v.

ARTHUR J. POLLOCK and ANN K. POLLOCK, co-Trustees of the Pollock Family Trust dated June 25, 2003,

   Defendants.

2:06-cv-2135-GEB-KJM

<u>ORDER OF DISMISSAL</u>

  On October 9, 2008, the remaining parties in this action responded to an Order to Show Cause by indicating they anticipated this action would be dismissed, since the federal question previously involved in this action settled.  Therefore this action is dismissed without prejudice under 28 USC § 1367 (c)(3).

  IT IS SO ORDERED.

Dated:  October 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge